UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
    :
YANILZA GONZALEZ, *Individually, and On Behalf of*  :
*All Others Similarly Situated*,    :
    :
    Plaintiff,    :    23-cv-06823 (LJL)
    :
    -v-    :    ORDER
    :
REMAC, L.L.P.,    :
    :
    Defendant.    :
    :
----------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 12/5/2023 |

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

    SO ORDERED.

Dated: December 5, 2023
    New York, New York    _____
    LEWIS J. LIMAN
    United States District Judge